# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE VONDELL SPICER,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>J. BUNSOLD, et al.,<br><br>　　　　　　Defendants. | Case No. 5:17-00717 CJC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated February 24, 2020 [Dkt. No. 102] and Plaintiff's Response, which the Court construes as objections to the R&R ("Objections") [Dkt. No. 105].

Nothing in Plaintiff's Objections refutes the Magistrate Judge's finding that there is no genuine dispute as to Plaintiff's failure to comply with the administrative exhaustion requirements of the Prison Litigation Reform Act ("PLRA"). Plaintiff's Objections largely reargue the same assertions made in his written and oral oppositions

to the Defendants' Motions for Summary Judgment. Plaintiff's Objections do not provide any new legal arguments or evidence to support his assertions.

As such, after thorough analysis and consideration of the Complaint, the Motions for Summary Judgment, and the Report and Recommendation, and having performed a de novo review of those portions to which objections were made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 102], is accepted;
2. Defendants' Motions for Summary Judgment [Dkt. Nos. 76, 77] are granted;
3. The case is dismissed without prejudice; and
4. Judgment is to be entered accordingly.

DATED: April 2, 2020

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge