JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEONTE VONDELL SPICER, | Case No. 5:17-00717 CJC (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| J. BUNSOLD, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: April 2, 2020

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge